UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SEYDOU B. GOUNOU, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No. 1:10-cv-750-WTL-DML |
| WERNER ENTERPRISES, d/b/a DRIVERS MANAGEMENT, LLC, | ) |
| Defendant. | ) |

## ENTRY ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 8, 2010, the Magistrate Judge assigned to this case entered a Report and Recommendation Regarding Dismissal of Case. The Magistrate Judge noted that the Plaintiff failed to appear at the September 21, 2010, initial pretrial conference, failed to participate in the drafting of the case management plan in this case, failed to respond to the order to show cause issued as a result of those failures, and failed to respond to the Defendant's motion for judgment on the pleadings. The Plaintiff also did not file an objection to the Magistrate Judge's report and recommendation. The Court, being duly advised, finds the Magistrate Judge's recommendation well taken, and hereby **ADOPTS** her recommendation that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 16(f)(1)(A) and (C).

SO ORDERED: 12/15/2010

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification